WR-83,228-03

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 23 2015

Abel Acosta, Clerk

Date: December 16, 2015

William Hayward Freeman, Sr.
T.D.C.J-CID No: 1878813
Allen B. Polunsky Unit
3872 F.M. 350 South
Livingston, Texas 77351

Re: Cause No: 1322259A-WR-83,228-03
     Styled In Re: William Hayward Freeman, Sr.

Clerk for the Court of Appeal
P.O. Box 12308
Austin, Texas 78711

Dear Mr. Abel Acosta,

I'm again writting you to let you know that I address my court appointed attorney, Mr. Thomas A. Martin with another letter seeking relief that he will answer my letters concerning my D.N.A. data base mixture interpretation retesting investigation that he is to have done for me. I am making you aware that the court hire him to seek relief for me on what he owes to his client. Since you are now aware of this issue, I will not address this issue anymore to you. I know this is not your job, but I wanted you to know about it in making your decision on my 11.07. Thanks for taking time to read my complaints

Sincerely

William H. Freeman, Sr.

William Hayward Freeman, Sr.
Polunsky Unit, T.D.C.J.-ID# 1878813
3872 F.M. 350 South Freeman, Sr.
Livingston, Texas. 77351

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 23 2015

Abel Acosta. Clerk

December 14, 2015

Attorney at law
Thomas A. Martin
1018 Preston St. Suite 500
Houston, Texas 77002

Re: Post-Conviction D.N.A testing of Case No.
1322259, State V. Freeman; 182nd Judicial Court of
Harris County, Texas

Dear Mr. Martin:

I recieved your letter dating back to 11/10/2015 stating that the 182nd Judicial District Court of Harris County, Texas, has hire, and appointed you as my court appoined attorney to represent me in my post-conviction D.N.A. testing.

I wrote you on November 19, 2015, stating to you that I wanted the entire D.N.A. items, All retesting to be retested, and I have yet to hear from you. I asked you to write to me, acknowledging that you recieved my letter, which you have not yet did.

According to your letter, these are the exact words in your letter, please write to me with the items noted above, (I said all items) please have a trusted friend or family member contact me to establish a local contact. I have had three of my family members to call you, but they was never able to contact you, Nor did you ever return there calls, which you stated in your letter, you wanted to establish a local contact with them.

If you will answer my letters, these are some more things that may help. I will like to call to

(1)

your attenion,, you stated in item (4) of your letter, the material was properly collected, retained, and tested, and retested, I read my transcript over, and I could not find that listed, could you please send me that page in my transcript, or was that hear-say?

I'm just trying to be of help before the trial court make their decision.

According to C.C.P Art. 64.03

(2) The convicted person establishes by a pre-ponderance of the evidence that:

(A) The person would not have been convicted if exculpatory result had been obtained through D.N.A. testing.

(D)(2) The D.N.A. testing employ a scientific method sufficiently reliable and relevant to be admissible under Rule 702, the results filed under D.N.A. testing, the results of the testing and all data related to the testing required for an evaluation of the test results be immediately filed with the court and copies of the results and data be served on the convicted person and the attorney representing the state. As you being hired as my court appointed attorney, can you give me a reason why I have not recieved a copy of the results? Or why I have not heard from you?

Tre. 702. Testimony by experts;    If scientific, technical, or other specialized knowledge will assist the trier of fact to understand the evidence or to determine a fact in issue. A witness qualified as an expert by knowledge, skills, experience, training, or education may testify there to in the form of an opinion or otherwise. If you, as my ~~se~~ Court appointed attorney have read my trial transcript, the criminalist

or Anaylist made a false testimony.

Vela V. State, 209 S.W. 3d 128, 130 (Tex. Crim. App. 2006).

(2)

Qualification is distinct from reliability and relevance and... should be evaluated independently. A+ 133-134; while qualification deals with the witnesses background and experience, reliability focuses on the subject matter of the witness testimony.

Tre 705 (c) admissibility of opinion. If the court determines that the underlying facts or data do not provide a sufficient basis for the experts opinion under Rule 702 or 703, the opinion is inadmissible.

Tre 705 (c) also governs the reliability of expert testimony... Reliability depends upon whether the evidence has its basis is sound scientific methodology. This demands a certain technical showing that... gives a trial judge the opportunity to weed out testimony pertaining to so called 'junk science.

Exculpatory evidence that trends to clear a defendant from fault or guilt, Scientific evidence must meet three criteria to be reliable;

(A) The underling scientific theory must be valid;

(B) The technique applying the theory must be valid; and

(C) The technique must have been properly applied on the occasion in question, see Acevedo V. state, 255 S.W. 3d 162, 168-70 (Tex. App.—San Antonio 2008 pet. filed 5-5-08)(No. 04-06-00098-CR; 1-30-08)(holding experts testimony unreliable).

After you recieve the the D.N.A. Database Mixture interpretation, I asking you to review there facts of investigation, with the information I have added, before you submit your information to the trial court for before they make their decision, although I have not heard from you, I'm asking, will you please take the time to answer my letters. Thank

Sencerely

william H. Freeman

C.C. Abel Acosta
C.C. Other agency

(3)

## PRAYER

THEREFORE PREMISES CONSIDER,

APPELLANT, pray respectfully requesting that the court of appeal will except this letter In Order for my court appointed attorney, Mr. Thomas A. Martin to full fill the duties that was instructed him to do, by the 182nd District Court of Harris County, Texas, and the duties that he owes to his client, to full fill what I have asked him to do, and to complete the D.N.A. testing before the court of Appeal make the final decision on my application for 11.07 writ of Habeas Corpus.

## CERTIFICATE OF SERVICE

The Defendant, I William Hayward Freeman, Sr. do declare under the penalty of Prejury that the above is true and correct, and that this was prepared while I was in my right state of mind, and is placed in the U.S. Mail to the clerk for the court of Appeal, to Mr. Abel Acosta at, P.O. Box 12308, Austin, Texas 78711, Executed on the 16th day of December, 2015, at the Allen B. Polunsky Unit, 3872 F.M. 350 South, Livingston, Texas, 77351

_William Hayward Freeman, Sr._

William Hayward Freeman, Sr.